UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>JASON RICHARD KOSMO | : | Case No:    07-55166 |
| | : | Chapter 13 |
| | : | Judge:    C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 24, 2011                                  /s/ Frank M. Pees
                                                                        _____
                                                                        Frank M. Pees
                                                                        Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JASON RICHARD KOSMO<br>1311 GEMSTONE SQ E<br>WESTERVILLE, OH  43081 | 5.93 |